**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

MYSHETTIA REID                                                            CIVIL ACTION

VERSUS                                                                    NO. 12-1686

WENDY'S INTERNATIONAL, INC.                                               SECTION "H"(3)

## ORDER OF DISMISSAL

The Court having been advised by counsel for all parties that they have firmly agreed upon

a compromise in this matter;

**IT IS ORDERED** that this action be and it is hereby dismissed as to all parties, without costs

and without prejudice to the right, upon good cause shown, within sixty days, to reopen the action

if settlement is not consummated.  In addition, the Court specifically retains jurisdiction to enforce

the settlement agreement if settlement is not consummated in sixty days.  *See* Fed. R. Civ. P.

41(a)(2); *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994); *Hospitality House,*

*Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002).

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, <u>EVERY</u>**

**<u>WITNESS</u> MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this 7th day of November, 2012.

_____
JUDGE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE