UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MYSHETTIA REID | DOCKET NO. 2:12-CV-1686 |
| versus | JUDGE JANE TRICHE MILAZZO |
| WENDY'S INTERNATIONAL, INC. | MAG. JUDGE DANIEL E. KNOWLES, III |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and each party shall bear its respective fees and costs.

Respectfully Submitted,                                        Respectfully Submitted,

By: __/s/Andrew D. Bizer__                          By: __/s/ George C. Drennan__
Andrew Bizer, Esq. (#30396)                         Joseph Maselli, Jr., Esq. (#9021)
BIZER LAW FIRM, LLC                                 George C. Drennan, Esq. (#28025)
757 St. Charles Ave., Suite 304                     PLAUCHÉ MASELLI PARKERSON, LLP
New Orleans, Louisiana 70130                        701 Poydras Street
Telephone: (504) 619-9999                           Suite 3800 - One Shell Square
Facsimile: (504) 592-3300                           New Orleans, Louisiana 70139
E-Mail: *andrew@bizerlaw.com*                       Telephone: (504) 582-1141
                                                    Facsimile: (504) 582-1172
                                                    E-Mail: *jmaselli@pmpllp.com*
                                                            *gdrennan@pmpllp.com*